

1309

# OFFICE OF THE ATTORNEY GENERAL OF TEXAS
## AUSTIN

GERALD C. MANN
ATTORNEY GENERAL

Honorable Charley Lockhart
State Treasurer
Austin, Texas

Dear Sir:

Opinion No. O-1308
Re: Can State Treasurer pay
duplicate warrants or
original warrants more
than two years after
the original warrant
was drawn.

Your letter of August 24, 1939, requesting an opinion from this department as to whether the original warrant or a duplicate warrant could, under Article 4371, be paid by you if same was not presented to you for payment within two years from the close of the fiscal year in which the original warrant was issued.

Said Article 4371 is a limitation statute and unless the original warrant or duplicate warrant issued in lieu thereof is presented to you for payment within the two-year period, you are not authorized to pay same but the holder thereof is left to the mercies of a future legislature.

Yours very truly

ATTORNEY GENERAL OF TEXAS

By

Geo. W. Barcus
Assistant

GWB-MR

APPROVED AUG 26, 1939

ATTORNEY GENERAL OF TEXAS

APPROVED
OPINION
COMMITTEE
BY
CHAIRMAN

NO COMMUNICATION IS TO BE CONSTRUED AS A DEPARTMENTAL OPINION UNLESS APPROVED BY THE ATTORNEY GENERAL OR FIRST ASSISTANT